1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR CRAWFORD, JR. et al.,

                  Plaintiffs,

    v.

BELLINGHAM HOUSING
AUTHORITY, et al.,

                  Defendants.

CASE NO. C13-672 RAJ

ORDER

      This matter comes before the court on the Report and Recommendation ("R&R") from the United States Magistrate Judge James P. Donohue.  Dkt. # 5.  Judge Donohue recommended dismissing the petition because petitioner had failed to submit either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis*. After the R&R issued, plaintiffs corrected their application to proceed *in forma pauperis*. Accordingly, the court declines to adopt the R&R, and directs the clerk to transfer the case back to Judge Donohue.

ORDER- 1

1    Dated this 19th day of September, 2013.

2

3

4    _____

5    The Honorable Richard A. Jones
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER- 2