HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR CRAWFORD, JR. et al.,

        Plaintiffs,

  v.

BELLINGHAM HOUSING
AUTHORITY, et al.,

        Defendants.

CASE NO. C13-672 RAJ

ORDER

    This matter comes before the court on the Report and Recommendation ("R&R") from the United States Magistrate Judge James P. Donohue. Dkt. # 5. Judge Donohue recommended dismissing the petition because petitioner had failed to submit either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis*. After the R&R issued, plaintiffs corrected their application to proceed *in forma pauperis*. Accordingly, the court declines to adopt the R&R, and directs the clerk to transfer the case back to Judge Donohue.

ORDER- 1

Dated this 19th day of September, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2