HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR CRAWFORD, JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BELLINGHAM HOUSING AUTHORITY, et al., <br><br> Defendants. | CASE NO. C13-672 RAJ <br><br> ORDER TO SHOW CAUSE |

This matter comes before the court *sua sponte*. On October 22, 2013, the court ordered plaintiffs to properly fill out a summons and file it within 14 days of that order. Dkt. # 12. The Clerk issued a blank summons on October 22, 2013, and the court has not received any filing to date. Plaintiffs are ORDERED to SHOW CAUSE why this case should not be dismissed without prejudice for violating a court order and failure to prosecute. Plaintiffs must respond to this order within 14 days of this order. If the court does not receive a properly filled-out summons within 14 days of this order, the court will dismiss this case without prejudice.

ORDER TO SHOW CAUSE- 1

Dated this 28th day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Judge