Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTHUR CRAWFORD, JR., et al.,

    Plaintiff,

v.

BELLINGHAM HOUSING AUTHORITY, et al.,

    Defendant.

No. C13-672 RAJ

ORDER OF DISMISSAL

This matter comes before the court *sua sponte*. On October 22, 2013, the court ordered plaintiffs to properly fill out a summons and file it within 14 days of that order. Dkt. # 12. The Clerk issued a blank summons on October 22, 2013, and the court had not received any filing to date.

On January 28, 2014, plaintiffs were ordered to show cause why this case should not be dismissed without prejudice for violating a court order and failure to prosecute. The court warned plaintiffs that if the court did not receive a properly filled-out summons by February 11, 2014, the court would dismiss this case without prejudice. Dkt. #13. There has been no response to the court's order to show cause and no properly filled-out summons has been filed.

///
///
///

ORDER OF DISMISSAL – 1

1    NOW, THEREFORE, this matter is DISMISSED without prejudice based on
2 plaintiffs' failure to prosecute.
3    DATED this 11th day of March, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 2